1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   PATRICIO GARCIA REYES
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,        ) No. 2:10-CR-0348 KJM
                                    )
14              Plaintiff,          ) **STIPULATION AND ORDER**
                                    ) **CONTINUING TRIAL**
15        v.                        ) **CONFIRMATION HEARING**
                                    )
16 PATRICIO GARCIA REYES,           )
                                    ) Date:  January 27, 2011
17              Defendant.          ) Time:  9:00 a.m.
                                    ) Judge: Hon. Kimberly J. Mueller
18 _____  )

19

20

21      IT IS STIPULATED AND AGREED between plaintiff, United States of
22 America, and defendant, Patricio Garcia Reyes, through their attorneys,
23 that the trial confirmation hearing scheduled for January 27, 2011, may
24 be continued to February 3, 2011, at 9:00 a.m.  Defense counsel will be
25 out of town on January 27th.
26 /////
27 /////
28 /////

1     The parties recognize that the Court, at a status conference held October 14, 2010, ordered time under the Speedy Trial Act excluded through the trial date of February 28, 2011, to afford both parties time to prepare their cases for trial. *See* 18 U.S.C. § 3161(h)(7)(A).

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Defender

Dated: January 18, 2011        /s/ T. Zindel
                                                TIMOTHY ZINDEL
                                                Assistant Federal Defender
                                                Attorney for PATRICIO GARCIA REYES

                                                BENJAMIN B. WAGNER
                                                United States Attorney

Dated: January 18, 2011        /s/ T. Zindel for R. Bender
                                                RICHARD J. BENDER
                                                Assistant U.S. Attorney

## O R D E R

    The trial confirmation hearing set for 1/27/2011 at 9:00 a.m. before Judge Morrison C. England Jr. is VACATED and RESET for February 3, 2011, at 10:00 a.m. before Judge Kimberly J. Mueller. Time under the Speedy Trial Act continues to be excluded for the reasons stated at the status conference held October 14, 2010.

    IT IS SO ORDERED.

Dated: January 25, 2011

                                                /s/ KIMBERLY J. MUELLER
                                                KIMBERLY J. MUELLER
                                                U.S. District Judge