BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00348 KJM |
| | ) | |
| Plaintiff, | ) | **STIPULATION SETTING DATES FOR** |
| | ) | **HEARING ON MOTION FOR NEW** |
| v. | ) | **TRIAL; ORDER** |
| | ) | |
| PATRICIO GARCIA REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is hereby agreed between counsel for the United States and defendant Patricio Garcia
Reyes, that the following schedule be adopted on the defendant's motion for new trial:

| | |
|---|---|
| Motion filing date: | Already filed (July 20, 2011) |
| Government's response: | August 29, 2011 |
| Defendant's reply: | September 22, 2011 |
| Hearing (non-evidentiary) | October 13, 2011, at time to be noted on the Court's calendar for that day. |

If an evidentiary hearing is necessary, it should be determined and scheduled at the October 13th

hearing. The government counsel requests the specified time to respond because of a planned

vacation and other case work. Defense counsel has asked for extra time because of two state court

trials.

///

1

Therefore it is respectfully requested that the Court adopt the above schedule.

BENJAMIN B. WAGNER
U.S. Attorney

Dated: August 9, 2011                    By:     /s/ Richard J. Bender
RICHARD J. BENDER
Assistant U.S. Attorney


Dated: August 9, 2011                    By:     /s/ Dina Santos (by RJB)
DINA SANTOS
Attorney for the Defendant

---

ORDER

It SO ORDERED, the parties proposed briefing schedule is ADOPTED and the motion hearing is set

for October 13, 2011 at 10:00 a.m., at which time the court will determine if an evidentiary hearing is

necessary.

DATED:  August 9, 2011.

_____
UNITED STATES DISTRICT JUDGE

2