HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
PATRICIO REYES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>PATRICIO REYES,<br><br>          Defendant. | No.  Cr. S 10-cr-348 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  KIMBERLY J. MUELLER |

Defendant, PATRICIO REYES, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2.     On February 6, 2012, this Court sentenced Mr. Reyes to a total term of 96 months imprisonment, comprised of 36 months on Count 1 (a violation of 21 U.S.C. § 846 and 841(a)(1), conspiracy to manufacture marijuana), and 60 months on Count 2 (a violation of 18 U.S.C. § 924(c), carrying firearm in relation to drug trafficking offense), to be served consecutively;

3. As to the drug offense, Mr. Reyes' total offense level was 30, his criminal history category was I, and the resulting guideline range was 97-121 months. He received a sentence below the applicable range on the government's motion;

4. The sentencing range applicable to Mr. Reyes was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Reyes' total offense level has been reduced from 30 to 28, and his amended guideline range is 78 to 97 months. A reduction comparable to the one he received initially produces a total term of 84 months, comprised of 24 months on Count 1 and 60 months on Count 2, to be served consecutively;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Reyes' term of imprisonment to a total term of 84 months.

Respectfully submitted,

Dated: August 12, 2015                    Dated:  August 12, 2015

BENJAMIN B. WAGNER                        HEATHER E. WILLIAMS
United States Attorney                    Federal Defender


 /s/ *Jason Hitt*                          /s/ *Hannah R. Labaree*
JASON HITT                                HANNAH R. LABAREE
Assistant U.S. Attorney                   Assistant Federal Defender

Attorney for Plaintiff                    Attorney for Defendant
UNITED STATES OF AMERICA                  PATRICIO REYES

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Reyes is entitled to the benefit Amendment 782, which reduces the total offense level from 30 to 28, resulting in an amended guideline range of 78 to 97 months for Count 1. The sentence for Count 2 remains 60 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in February 2012 is reduced to a term of 84 months, comprised of 24 months on Count 1 and 60 months on Count 2.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Reyes shall report to the United States Probation Office within seventy-two hours after his release.

Dated:   August 14, 2015

_____
UNITED STATES DISTRICT JUDGE